Darren Richie (SBN 136876)
Darren@richielitigation.com
Kathleen Gadalla (SBN 325473)
Kathleen@richielitigation.com
Richie Litigation, PC
633 W. 5th Street, Suite 6780
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              PLAINTIFF<br>v.<br><br>CHUKWUDI CHRISTOGUNUS IGBOKWE<br><br>                             DEFENDANT. | CASE NUMBER<br><br>19-cr-00380- VAP<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant CHUKWUDI CHRISTOGUNUS IGBOKWE
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Rozella Oliver _____ by order dated: August 22, 2019

    ☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Mr. Igbokwe now has sureties willing to support a bond, including a cash bond.

Relief sought *(be specific)*:
Release Mr. Igbokwe on the terms of the Court.

Counsel for the defendant and plaintiff United States Government consulted on October 17 and 28
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on November 15, 2019 _____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| November 18, 2019 | /s/ Darren Richie |
|---|---|
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)