DRE LAW, A.P.C.                                              CC: USPO
Darren M. Richie
State Bar No. 316116
206 West 4th Street, Suite 330
Santa Ana, CA 92701
Tel: (213) 265-7888
Fax: (844) 314-1380
darren@dre.law

Attorney for Defendant
CHUKWUDI CHRISTOGUNUS IGBOKWE

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-00380-VAP-2 |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| CHUKWUDI CHRISTOGUNUS IGBOKWE | Honorable Virginia A. Phillips |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the

parties:

The sentencing hearing of Chukwude Christogunus Igbokwe will be continued from

August 16, 2021 to April 11, 2022 at 9:00 a.m.

IT IS SO ORDERED.


DATED: July 22, 2021                    _____
                                        HONORABLE VIRGINIA A. PHILLIPS
                                        United States District Judge